UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK X

Andre Youngblood

                  Plaintiff

  -against-

THE CITY OF NEW YORK,
Detective Louis Pena# 6992,
Officer Jesus Sanchez# 5644,
C.O. T.J.#19297, all being sued
in their official and personal
capacity.     Defendants.
                                 X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/16/2015

COMPLAINT

15-CV-3541

JURY TRIAL
DEMANDED

RECEIVED JUN 17 2015 PRO SE OFFICE

Plaintiff Andre Youngblood, by his attorneys,       and
      , complaining of the defendants, respectfully alleges
as follow:

## PRELIMINARY STATEMENT

1. Plaintiff brings this action for compensatory damages, pu
punitive damages and attorney's fees pursuant to 42 U.S.C.$$
19 83 and 42 U.S.C. 1988 for violations of his civil rights,
as said rights are secured by said statutes and the constitutions
of the state of New York and the United States.

2.     JURISDICTION

2. This action is brought pursuant to 42U.S.C. 1983 and 42 U.S.C.
1988, and the First, Fourth, Fifth, Eighth and Fourteenth Amendments
to the United States Constitution.

3. Jurisdiction is founded upon 28 U.S.C. 1331, 1343 and 1367.

## VENUE

4. Venue is properly laid in the Southern District of New York
under U.S.C. 1391(b), in that this is the District in which
the claim arose.

## JURY DEMAND

5. Plaintiff respectfully demands a trial by jury of all issues
in this matter pursuant to Fed.R.Civ. P.38(b).

## PARTIES

6. Plaintiff Andre Youngblood is an African-American male, citize
of the United States and at all relevant times a resident of
Bronx County, State of New York.

7. Defendant THE CITY OF NEW YORK, was and is a municipal corpora
tion duly organized and existing under and by virtue of the
laws of the state of New York.

8. Defendant, THE CITY OF NEW YORK, maintains the New York City
Police Department, a duly authorized public authority and/or
police department, authorized to perform all functions of a police
department as person t the applicable sections of the New York
State Criminal Procedure Law, acting under the direction and
Supervision of the aforementioned municipal corporation, The City
of New York.

11. Each and all of the acts of defendants alleged herein were done by said defendants while acting within the scope of their employment by defendant THE CITY OF NEW YORK.

12. Each and all of the acts of the defendants alleged herein were done by said defendants while acting in furtherance of their employment by defendant THE CITY OF NEW YORK.

## FACTS

13. On or about March 10,2015,at approximatly 2:30p.m. plaintiff Andre Youngblood was lawfully present at St. Barnabas Hospital I was admitted to St. Barnabas Hospital on date: 3-5-15 with walking pneumonia and flexor tendon rupture of my right hand while a waitting a scheduled for surgery on my right hand. (Flexor tendon rupture of my hand)On 3-10-15 Det.Pena conspired with Dr.Raja and forged medical release documents.I was denied medical attention and caused me extreme pain and suffering. Det. Pena and his fellow offfcers confiscuted my pain and seizure medication along with the athtibiotics for the walking pneumonia. Dr.Raja and the officers caprecious actions were malice and caprecious.

14. At the afore said time and place,Denied medical treatment which has caused further pain suffering from injured hand.

15. forcibly discharged from medical care while recovering from walking pneumonia.

16. Denied medication prescribed during treatment. Dr.Raja and officer Pena Shield No.#6992, officer Sanchez Shield No.#5644, C.O.T.J.Shield No.#19297,were negligent.

17. As a result of the foregoing, plaintiff Andre Youngblood sustained, inter alia,bodily injuries,memtal anguish,shock, fright,apprehension,embarrassment,and humiliation,and deprivation of his constitutional rights.

## FIST CLAIM FOR RELIEF
## DEPRIVATION OF FEDERAL RIGHTS UNDER 42U.S.C.1983

18. Plaintiff repeats,reiterates and realleges each and every allegation contained in paragraphs numbered"1"through"17"with the same force and effect as if fully set forth herein.

19. All of the aforementioned acts of defendants, their agents, servants and employees,were carried out under the color of state law.

19. All of the aforementioned acts deprived plaintiff Andre Youngblood of the rights, privileges and immunities guaranteed to citizens of the United States by the First,Fourth,Fifth,Eighth and Fourteenth Amendments to the Constitution of the United Statesw of America, and in violation of 42U.S.C.1983.

20. The acts complained of were carried out by the aforementioned individual defendants in their capacities as police officers, with all the actual and/or apparent authority attendant thereto.

21. The acts complained of were carried out by the aforementioned individual defendants in their capacities as police officers, pursuant to the customs,usages,practices,procedures and thery

## SECOND CLAIM FOR RELIEF
### MALICIOUS ABUSE OF PROCESS UNDER 42 U.S.C.1983

23. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" throught "54" WITH THE same force and effect as if fully set forth herein.

24. Defendants issued legal process to place plaintiff Andre Youngblood under arrest.

25. Defendants arrested plaintiff in order to a collateral objective outside the legitimate ends of the legal process.

26. Defendants acted with intent to do harm to plaintiff Andre Youngblood, without excuse or justification.

27. As aresult of the foregoing, plaintiff's liberty was restricte for an extended period of time, he was put in fear for his safety and humiliated and subjected to handcuffing and other physical restraints, without------------

## FIFTH CLAIM FOR RELIEF
### EXCESSIVE FORCE UNDER 42 U.S.C. 1983

28. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs numbered "1" through "65" with the same force and effect as if fully set forth herein.

29. The level of force employed by defendants was objectively unreasonable and in violation of the constitutional rights of the plaintiff.

30. As a result of the aforementioned conduct of defendants, plaintiff Andre Youngblood, was subjected to excessive force and sustained, inter a lia, physical and emotional injuries.

## SIXTH CLAIM FOR RELIEF
### MUNICIPAL LIABILTY UNDER 42 U.S.C.§333333333 1983

31. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs numbered "1" through "30" with the same force and effect as if fully set forth herein.

32. Defendants, collectively and individually, while acting under color of state law, engaged in conduct that constituted a custom, usage, practice, procedure or rule of the respective municipality/ authority, which is forbidden by the constitution of the United S States,.

33. The aforementioned customs, policies, usages, practices, procedur -es and rules of the City of New York and the New York City Police Department included, but were not limited to,
a) arresting individuals regardless of probable cause, and
b) Utilizing excessive force in executing said arrests, and
c) Falsifying evidence to cover up police misconduct.

34. The foregoing customs, policies, usages, practices, procedures and rules of the City of New York City Police Department con constituted deliberate indifference to the safety, well, being and constitutional rights of plaintiff.

35. The foregoing customs, policies, usages, practices, procedures and rules of the City of New York and the New York City Police Department were the direct and proximate cause of the constitutio

38. Defendants,collectively and individually,While acting under coloer of state law, were directly and actively involved in violating plaintiff constitutional rights.

39. Defendants, collectively and individually,while acting under color of state law,acquiesced in a pattern of unconstitutional conduct by subordinate police officers,and were directly responsible for the violation of plaintiff Andre Youngblood constitutional rights.

40. The acts complained of deprived plaintiff of their rights:
A) Not to be deprived of liberty without due process of law;
B) Tobe free from malicious abuse of process;
C) Not to have excessive force imposed upon them;
D) To be free unlawful search;
E) Not to have summary punishment imposed upon them;and
F) To receive equal protection under the law.

41. As a result of the foregoing,plaintiff are entitled to compensatory damages in the sum of 5 million dollars(5 ($5,000,000.00)and are further entitled to punitive damages against the individual defendants in the sum off fifth thounsande dollars($50,000).

WHEREFORE,plaintiff Andre Youngblood damdnds judgment in the sum of five million dollars($5,000,000.00)in compensatory damages fifthy thousande dollars($50,000)in punitive damages,pluus att attorney's fees,costs,and disbursements of this action.

Dated:

New York,NewYork

By: *Andre Youngblood* 2015

(4)

In the United States District Court
For the Southern District of New York
-------------------------------------------x

Andre Youngblood,

                Plaintiffs,

-against-

Officer Jesus Sanchez ,

                Defendants,

-------------------------------------------x

: Summons

: Civil Action No.

: 15-CV-3541

To the Above-Mentioned Defendants:

You are hereby summoned and required to serve upon plaintiffs, whose address is  42P.CT,830Washington ,an answer to the complaint which is herewith served upon you,within15, days after service of this summons upon you, exclusive of the day of service. If you fail to do so,judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

                                          The Daniel Patrick Moynihan
                                                    Clerk of the Court

Date: 5-26-15

In the United States District Court
For the Southern District of New York
-------------------------------------x

Andre Youngblood,

        Plaintiffs,

                                              Summons

-against-

                                              Civil Action No.

Detective Louis Pena, et al.,

                                              15-CV-3541

        Defendants,
-------------------------------------x

To the Above-Mentioned Defendants:

You are hereby summoned and required to serve upon plaintiffs, whose address is 42P.CT, 830Washington, an answer to the complaint which is herewith served upon you, within15, days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

                                                  *The Daniel Patrick Moynihan*
                                                         Clerk of the Court

Date: 5-26-15

In the United States District Court
For the Southern District of New York
--------------------------------------x
Andre Youngblood,

        Plaintiffs,

-against-

The Judge of Bronx, et al.,
Supreme Court

        Defendants,
--------------------------------------x

Summons
Civil Action No.
15-CV-3519 LAP

To the Above-Mentioned Defendants:

You are hereby summoned and required to serve upon plaintiffs, whose address is ___265 East161st.,Bronx,N.Y.#10451 an answer to the complaint which is herewith served upon you, with in 15, days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_The Mr. Daniel Patrick Moynihan_
Clerk of the Court

Date: 5-26-15

In the United States District Court
For the Southern District of New York
----------------------------------------x

Andre Youngblood,

        Plaintiffs,

-against-

Officer Jesús Sanchez,

        Defendants,
----------------------------------------x

: Summons
:
: Civil Action No.
:
: 15-CV-3541

To the Above-Mentioned Defendants:

You are hereby summoned and required to serve upon plaintiffs, whose address is __42P.CT,830Washington__ ,an answer to the complaint which is herewith served upon you, within 15, days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

                                                *The Daniel Patrick Moynihan*
                                                        Clerk of the Court

Date: 5-26-15

In the United States District Court
For the Southern District of New York
------------------------------------x
Andre Youngblood,

        Plaintiffs,

-against-

Warden of V.C.B.C.,et al.,

        Defendants,
------------------------------------x

Summons

Civil Action No.

15-CV-3519(LAP)

To the Above-Mentioned Defendants:

You are hereby summoned and required to serve upon plaintiffs, whose address is <u>1-Halleck Street,Bronx,N.Y.#10474</u>,an answer to the complaint which is herewith served upon you,with in <u>15</u>,days after service of this summons upon you,exclusive of the day of service. If you fail to do so,judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

                                                      <u>The Mr. Daniel Patrick Moynihan</u>
                                                              Clerk of the Court

Date: <u>5-26-15</u>


RECEIVED JUN 17 2015 PRO SE OFFICE

In the United States District Court
For the Southern District of New York
------------------------------------x

Andre Youngblood,

        Plantiffs,

                          : Summons

-against-

                          : Civil Action No.

Detective Louis Pena,et al.,

                          : 15-CV-3541

        Defendants,
------------------------------------x

To the Above-Mentioned Defendants:

You are hereby summoned and required to serve upon plaintiffs, whose address is __42P.CT,830Washington__ ,an answer to the complaint which is herewith served upon you,within15, days after service of this summons upon you, exclusive of the day of service. If you fail to do so,judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

                                           *The Daniel Patrick Moynihan*
                                               Clerk of the Court

Date: __5-26-15__

```
In the United States District Court
For the Southern District of New York
-------------------------------------x

Andre Youngblood,                    :

              Plaintiffs,            :
                                     :   Summons
-against-                            :
                                     :   Civil Action No.
Officer Jesus Sanchez        ,       :
                                     :   15-CV-3541
              Defendants,            :
-------------------------------------x
```

To the Above-Mentioned Defendants:

You are hereby summoned and required to serve upon plaintiffs, whose address is __42P.CT,830Washington__ ,an answer to the complaint which is herewith served upon you,within15, days after service of this summons upon you, exclusive of the day of service. If you fail to do so,judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*The Daniel Patrick Moynihan*
Clerk of the Court

Date: 5-26-15

24-15-01446
15-15 Hazen St.
E. Elmhurst, N.Y. #11370

NEW YORK NY 100
12 JUN 2015 PM 1 L

Pro-se
JRB 6/16/15

RECEIVED
NYC PRO SE OFFICE
2015 JUN 16 8:43

To. Clerk
United States District Court
Southern District of New York
The Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. #10007

- Legal Mail

Andre Youngblood
241-15-01446
15-15 Hazen St.
E-Elmhurst, N.Y. #11370

To: Clerk
United States District Court
Southern District Of New York
The Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. #10007-1312

Legal Mail

Pro Se
CF 6/16/15

NEW YORK NY 100
12 JUN 2015 PM 2 T

USM P3
SDNY

RECEIVED
2015 JUN 16 AM 8 43
SDNY PRO SE OFFICE

241-15-01943
15-15 Hazen St.
E. Elmhurst, NY #11370

To: Clerk
United States District Court
Southern District of New York
Theodore Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. #10007

Legal Mail

NEW YORK NY 100
12 JUN 2015 PM 1 L

Pro-se
JRB
6/16/15

Andre Youngblood
241-15-01946
15-15 Hazen St.
E, Elmhurst, N.Y. #11370

RECEIVED
SDNY PRO SE OFFICE
2015 JUN 17 A 8:42

NEW YORK NY 100
12 JUN 2015 PM 4 L

Pro-se
JRB
6/19/15

To: Clerk
United States District Court
Southern District of New York
The Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. #10007

Legal Mail