UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE YOUNGBLOOD,

                Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE LOUIS PENA #6992, OFFICER JESUS SANCHEZ #5644, C.O. T.J. #19297, ALL BEING SUED IN THEIR OFFICIAL AND PERSONAL CAPACITIES,

                Defendants.

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 8/10/15 |

15 Civ. 3541 (AT)(HBP)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On April 28, 2015, Plaintiff *pro se*, Andre Youngblood, filed this action under 42 U.S.C. § 1983. On June 25, 2015, the Court referred the matter to Magistrate Judge Henry B. Pitman. Plaintiff subsequently filed a document entitled "Order to Show Cause for Preliminary Injunction and Temporary Restraining Order," ECF No. 14, which the Court construes as an application for a preliminary injunction.

    After careful consideration, Magistrate Judge Pitman issued a Report and Recommendation (the "R & R"), proposing that Plaintiff's application be denied. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *E.g.*, *Levy v. Young Adult Inst., Inc.*, 13 Civ. 2861, 2015 WL 170442, at *1 (S.D.N.Y. Jan. 13, 2015). The Court finds no clear error. Accordingly, the Court ADOPTS the R & R in its entirety. Plaintiff's application for a preliminary injunction is DENIED.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: August 10, 2015
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge