UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDRE YOUNGBLOOD,

          Plaintiff,

-against-

CITY OF NEW YORK, DETECTIVE
LOUIS PENA #6992, OFFICER JESUS
SANCHEZ #5644, and C.O. T.J. #19297,

          Defendant.
-------------------------------------------------------------X

15 **CIVIL** 3541 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 21, 2019, Defendants' summary judgment motion is granted; accordingly, the case is closed.

**Dated:** New York, New York
       November 21, 2019

                         **RUBY J. KRAJICK**
                         Clerk of Court
    BY:
                         **Deputy Clerk**